UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Joshua Fields

    v.                                             Case No.1:19-cv-1100

Jeff Levin, et al

ORDER

All active district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Rhode Island, sitting by designation, the assigned judge is authorized to hold court within this district and perform any judicial function required of a judge of this district as set forth in 28 U.S.C. § 296. Jurisdiction over the case remains with the New Hampshire District Court.

The recusal of all active district judges in this court gives rise to an emergency with respect to the referred case as that term is used in 28 U.S.C. § 636 (f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

SO ORDERED.

/s/ Landya B. McCafferty
Landya B. McCafferty
Chief United States District Judge

Date: March 9, 2020

cc:
    Clerk, U.S. District Court - District of Rhode Island
    Joshua Fields, pro se

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Joshua Fields

    v.

Jeff Levin, et al

Case No.1:19-cv-1100

**CONCURRING ORDER**

    I concur that _____, a district judge in active service, shall be designated and assigned to preside over this case.

    I further concur that an emergency exists as specified in the order issued by the New Hampshire District Court and that for the duration of this case Magistrate Judge _____ is assigned to perform such duties under 28 U.S.C. § 636 (a)-(c) as may be assigned to the district judge to whom this case is assigned.

Date: _____        _____
                                                      Chief United States District Judge
                                                      District of Rhode Island

cc:
    Clerk, U.S. District Court - District of New Hampshire
    Joshua Fields, pro se